

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-21-00300-CV

**IN THE MATTER OF THE ESTATE OF VAN L. CRAPPS, DECEASED**

From the County Court at Law, Medina County, Texas
Trial Court No. 9498
Honorable Mark Cashion, Judge Presiding

# O R D E R

On August 24, 2022, we ordered Appellant to show cause why this appeal should not be dismissed for want of jurisdiction. Accordingly, we withdrew the February 2, 2022 submission date, and we advised the parties we would reset this appeal for submission at a later date.

Appellant timely filed a response, which we have considered.

We set this cause for formal submission ON BRIEFS ONLY on October 12, 2022, before a panel consisting of Justice Patricia O. Álvarez, Justice Liza A. Rodriguez, and Justice Lori I. Valenzuela.

It is so **ORDERED** September 20, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT